Shawn Westrick (SBN 235313)
Initiative Legal Group LLP
1800 Century Park East, 2nd Floor
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CYNTHIA FLORES<br><br>PLAINTIFF(S)<br><br>v.<br><br>CVS PHARMACY, INC. et al<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:07-cv-05326-FMC-Ex |
|---|---|
| | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**The following information must be provided:**
I, __Shawn Westrick__ am counsel of record in the above-entitled cause of action for the following party(s) __Plaintiff Cynthia Flores__
_____ and am requesting the following change(s):
CA State Bar ID number _____   ☐ Out of state attorney

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ TO UPDATE NAME OR FIRM INFORMATION:
    ☑   I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
            PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
    Attorney Name changed to _____
    New Firm/Government Agency Name _____
    New Address _____
    New Telephone Number _____ New Facsimile Number _____
    New E-mail address (provide only if you are enrolled in the Optical Scanning Program* and receiving court orders by e-mail or an authorized E-Filing attorney) __SWestrick@Initiativelegal.com__

    *To receive orders and judgments by e-mail, complete an Optical Scanning Enrollment form G-76 (available from the court's website at www.cacd.uscourts.gov)*

☑ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
    ☑   I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on __August 15, 2007__
    ☐   This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

    Attorney Name _____ CA State Bar Number _____
    Firm/Government Agency Name _____
    Address: _____
    Telephone Number _____ Facsimile Number _____

☐ TO BE REMOVED FROM THE COURT'S SERVICE LIST:
I understand that this request does not conflict with the Clerk's compliance with the Federal Rules of Civil Procedure 77(d) or Federal Rules of Criminal Procedure 74(c).

CHECK ONE BOX

☐ I request to be removed from the court's service list. There is/are attorney(s) from my current law firm/government agency who are currently receiving service in this case.

☐ I am the lead attorney and am authorized to file this request on behalf of the aforementioned party(s) and the following attorneys who are from or associated with my firm or government agency. The attorney(s) listed below waive service of the documents on them by the Clerk. There is/are member(s) of the firm/government agency who is/are currently receiving service and will continue to receive service on behalf of the party(s) indicated above.

_____
_____
_____

☐ TO BE REMOVED FROM THE CASE: **
I am no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

☐ The order relieving me as counsel of record was filed on: _____.

☐ There is/are other attorney(s) from my current law firm/government agency who are counsel of record in this case.

☐ I am no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: _July 3, 2008_         _____
                                        *Attorney's Signature*

PLEASE NOTE: The information provided in this Notice will be used to update the above-entitled case only. A separate Notice must be completed for each case said change(s) is to be made. See Local Rule 83-2.7.