Marc Primo (SBN 216796)
MPrimo@InitiativeLegal.com
Mónica Balderrama (SBN 196424)
MBalderrama@InitiativeLegal.com
David Cheng (SBN 240926)
DCheng@InitiativeLegal.com
Christian Counts (SBN 208363)
CCounts@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Plaintiff Cynthia Flores

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA FLORES, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CVS PHARMACY, INC., et al.,<br><br>Defendants. | Case No.: CV07-05326-JHN-Ex<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S OMNIBUS OBJECTIONS TO MAGISTRATE JUDGE'S DISCOVERY RULINGS PURSUANT TO FED. R. CIV. P. 72(A)**<br><br>**[Fed. R. Civ. P. 72(A); Local Rule 72-2.1]**<br><br>Date: March 1, 2010<br>Time: 9:30 a.m.<br>Place: Courtroom 1600<br>Judge: Hon. Jacqueline H. Nguyen<br><br>Complaint Filed: August 15, 2007<br>Class Discovery Cut-Off: April 9, 2010<br>Trial Date: None |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 72(a), Plaintiff Cynthia Flores ("Plaintiff") objects to Honorable Magistrate Judge Charles F. Eick's rulings and order of January 12, 2010 (the "Order") denying the following motions:

1) Plaintiff's Motion to Compel Further Responses to Plaintiff's Interrogatories, First Set Against Defendant SuperValu, Inc.;

2) Plaintiff's Motion to Compel Further Responses to Plaintiff's Interrogatories, First Set Against Defendant New Albertson's, Inc.

3) Plaintiff's Motion to Compel Further Responses to Plaintiff's Interrogatories, First Set Against Defendant Save Mart Supermarkets; and

4) Plaintiff's Motion to Compel Further Responses to Plaintiff's Interrogatories, First Set Against Defendant Lucky Stores, Inc.

As set forth in detail in the accompanying Memorandum of Points and Authorities, Plaintiff objects to the Order on the grounds that it outright denies Plaintiff the discovery needed to demonstrate the existence of an ascertainable class, the claims of which share common predominant legal and factual issues appropriate for class adjudication, especially in the wage and hour context. Specifically, certain interrogatories seeking the number of non-exempt employees bear directly on the issue of whether Fed. R. Civ. P. 23(a)(1)'s "numerosity" requirement is satisfied.  Further, Plaintiff's interrogatories seeking the names and contact information of putative class members are necessary for the purpose of learning the names of percipient witnesses who can assist Plaintiff in demonstrating the commonality and uniformity of employment policies and procedures followed by Albertsons employees.  Plaintiff further presented evidence demonstrating that the discovery sought will likely substantiate her class allegations, including policies and procedure evincing the uniformity of employment practices assailed against all employees at Sav-On drug stores and

Albertson's stores. The denial of Plaintiff's motions, however, places an unreasonable limitation on Plaintiff's ability to support her class allegations. Accordingly, Plaintiff requests that the Court review the Magistrate's Order and make an order permitting Plaintiff the discovery necessary to support a motion for class certification.

Dated: January 26, 2010

Respectfully submitted,

Initiative Legal Group APC

By: *[signature]*
Marc Primo
Mónica Balderrama
David Cheng
Christian Counts

Attorneys for Plaintiff Cynthia Flores